1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 |                                          | Case Nos. C 08-1190-SI, C 08-1184-SI
13 | CLAUDE BRYANT, et al.,                   | STIPULATION OF SUBSTITUTION
   | On behalf of themselves and all employees | OF COUNSEL FOR PLAINTIFFS AND
14 | similarly situated,                      | NOTICE OF APPEARANCE OF NEW
   |                                          | COUNSEL
15 |       Plaintiffs,                        |
16 | v.                                       |
17 | SERVICE CORPORATION                      |
   | INTERNATIONAL, et al.,                   |
18 |                                          |
   |       Defendants.                        |
19 |                                          |
20 |                                          |
21 | WILLIAM HELM, et al. On behalf of        |
   | themselves and all employees similarly   |
22 | situated,                                |
   |       Plaintiffs,                        |
23 | v.                                       |
   |                                          |
24 | ALDERWOODS GROUP, INC., et al.           |
   |       Defendants.                        |
25 |                                          |

26    PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27 substitute one of their counsel and attorneys of record as in this matter as follows:
28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

| | |
|---|---|
| 1 | Sanford Jay Rosen |
|   | Maria V. Morris |
|   | Lori E. Rifkin |
| 2 | 315 Montgomery Street, Tenth Floor |
|   | San Francisco, CA 94104 |
| 3 | (415) 433-6830 |
| 4 | New Counsel: Burnham Brown |
|   | Robert M. Bodzin |
| 5 | P.O. Box 119 |
|   | Oakland, California 94604-0119 |
| 6 | (510) 444-6800 |

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.

2  Case Nos. C 08-1190-SI, C 08-1184-SI

Additional Counsel for Plaintiffs

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574

Charles H. Saul, PA State Bar No. 19938
MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION |
| 2 | IT IS SO ORDERED |
| 3 | DATED: October ___, 2008 |

_Susan Illston_
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT