```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
 2  NICHOLAS P. FORESTIERE, SB# 125118
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
 4  Telephone      (916) 797-3100
    Facsimile      (916) 797-3131
 5
    Attorneys for Defendants
 6  ALDERWOODS GROUP, INC., PAUL HOUSTON
    SERVICE CORPORATION INTERNATIONAL,
 7  SCI FUNERAL AND CEMETERY PURCHASING
    COOPERATIVE, INC., SCI EASTERN MARKET
 8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
    SUPPORT CENTER, L.P., and SCI HOUSTON
 9  MARKET SUPPORT CENTER, L.P.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>        Defendants. | No.  CV 08-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
1

Case No.:  CV 08-01184 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this Court.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
2

Case No.:  CV 08-01184 SI