STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB# 166996
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone  (916) 797-3100
Facsimile  (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC., PAUL HOUSTON,
SERVICE CORPORATION INTERNATIONAL,
SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No. CV 08-01184 SI<br><br>**[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS** |

|   |   |
|---|---|
| 1 | Upon consideration of Plaintiffs' Motion for Administrative Relief seeking leave to file a Memorandum of Points and Authorities in Support for their Motion for Rule 23 Class Certification and appointment of class counsel in excess of the proscribed page limits (Docket No. 181), upon consideration of the parties' Stipulation for Plaintiffs to File Memorandum and Points of Authorities in Support of Plaintiffs' Rule 23 Class Certification Motion in Excess of Page Limits in which the parties agree that "Defendants likewise may file a response to plaintiffs' Rule 23 Motion for Class Certification and appointment of class counsel not to exceed 70 pages," (Docket No. 184), and in recognition of this Court's oral ruling on this issue made at the time of the September 25, 2009 Case Management Conference, IT IS HEREBY ORDERED that plaintiffs' Motion is GRANTED. |

IT IS HEREBY FURTHER ORDERED that:

1. Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Rule 23 Class Certification and appointment of class counsel shall not exceed 70 pages; and

2. Defendants, likewise, may file a response to plaintiffs' Rule 23 Motion for Class Certification and appointment of class counsel not to exceed 70 pages.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS
Case No.: CV 08-01184 SI

2