1 BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
2 P.O. Box 119
Oakland, CA 94604
3 Telephone: (510) 835-6833
Facsimile: (510) 835-6666
4 rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

 1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

 2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

**IT IS SO ORDERED:**  Honorable Susan Illston
United States District Court

_____

**AGREED TO:**

By: /s/ Annette Gifford  
   J. Nelson Thomas (*pro hac vice*)  
   Patrick J. Solomon (*pro hac vice*)  
   Annette Gifford (*pro hac vice*)  
   THOMAS & SOLOMON LLP  
   693 East Avenue  
   Rochester, NY 14607  
   Telephone: 585-272-0540  
   Facsimile: 585-272-0574  

   Robert M. Bodzin, State Bar No. 201327  
   BURNHAM BROWN  
   P.O. Box 119  
   Oakland, CA 94604  
   Telephone: (510) 835-6833  
   Facsimile: (510) 835-6666  

   Charles H. Saul (*pro hac vice*)  
   MARGOLIS EDELSTEIN  
   525 William Penn Place  
   Suite 3300  
   Pittsburgh, PA 15219  
   Telephone: 412-281-4256  
   Facsimile: 412-642-2380  

   Counsel for Plaintiffs

By: /s/ John A. Mason  
   Steven H. Gurnee  
   Nicholas P. Forestiere  
   John A. Mason  
   GURNEE & DANIELS LLP  
   2240 Douglas Blvd, Suite 150  
   Roseville, CA 95648  
   Telephone: 916-797-3100  
   Facsimile: 916-797-3131  

   Counsel for Defendant