BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING DATE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The motion hearing date for Defendant's Renewed Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING DATE 1

Case No.: 3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

By: /s/ J. Nelson ThomasBy: /s/ Nicholas P. Foresteiere
   J. Nelson Thomas (*pro hac vice*)Steven H. Gurnee
   Patrick J. Solomon (*pro hac vice*)Nicholas P. Forestiere
   Annette Gifford (*pro hac vice*)John A. Mason
   THOMAS & SOLOMON LLPGURNEE & DANIELS LLP
   693 East Avenue2240 Douglas Blvd, Suite 150
   Rochester, NY 14607Roseville, CA 95648
   Telephone: 585-272-0540Telephone: 916-797-3100
   Facsimile: 585-272-0574Facsimile: 916-797-3131

   Robert M. Bodzin, State Bar No. 201327Counsel for Defendant
   BURNHAM BROWN
   P.O. Box 119
   Oakland, CA 94604
   Telephone: (510) 835-6833
   Facsimile: (510) 835-6666

   Charles H. Saul (*pro hac vice*)
   Liberty J. Weyandt (*pro hac vice*)
   Kyle T. McGee (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone: 412-281-4256
   Facsimile: 412-642-2380

   Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING HEARING DATE2

Case No.: 3:08-CV-01184 SI